UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SCOTT ANDREW WITZKE,

      Plaintiff,

VS.                                   File No.  07-CV-10085

MICHAEL STIEBER, et al.,

      Defendants.
_____/

***ORDER GRANTING IN FORMA PAUPERIS STATUS;
GRANTING TEMPORARY RESTRAINING ORDER;
DIRECTING METHOD OF SERVICE; AND NOTICE
OF HEARING ON MOTION FOR PRELIMINARY INJUNCTION***

This matter having come before the Court upon the Verified Complaint filed by Plaintiff, together with an Application to Proceed *in forma pauperis*, and a Motion for Temporary Restraining Order, or, in the Alternative, Motion for Preliminary Injunction, and the Court being duly advised in the premises;

**IT IS HEREBY ORDERED** that the Application to Proceed *in forma pauperis* be and hereby is **GRANTED.** The clerk is directed to process the complaint for service. The clerk shall issue the summons and the United States marshal shall effect service of all necessary process.

**IT IS FURTHER ORDERED** that Plaintiff's Motion for a Temporary Restraining Order be and hereby is **GRANTED** and the Defendants, their employees, and any agents acting in concert with them, be and hereby are **ENJOINED** from placing Plaintiff in the M—COIT program pending a hearing on the motion for injunction.

1

**IT IS FURTHER ORDERED** that Defendants, their employees, and any agents acting in concert with them, be and hereby are **ENJOINED** from directing that Plaintiff cease taking medication prescribed by a licensed physician pending a hearing on the motion for injunction.

**IT IS FURTHER ORDERED** that the U.S. Marshal shall forthwith serve the Summons, Complaint, supporting papers for the Temporary Restraining Order/Preliminary Injunction, and a true copy of this Order personally upon Defendants Stieber and Jackson-Hornes at their normal place of business at 5300 Lawton, Detroit, MI 48208, and that all other Defendants shall be served by certified U.S. Mail.

**IT IS FURTHER ORDERED** that a hearing on Plaintiff's Motion for Preliminary Injunction shall be held on January 11, 2007, at 10:00 a.m., before the undersigned in Courtroom one in the Federal Building at 200 East Liberty Street, Ann Arbor, Michigan.

**SO ORDERED**.

s/John Corbett O'Meara
United States District Judge

Dated:  January 5, 2007

I hereby certify that a copy of the foregoing document was mailed to the plaintiff on this date, January 5, 2007.

s/William Barkholz
Deputy Clerk